## 63318. PAYNE v. THE STATE.

McMURRAY, Presiding Judge.

Defendant was convicted of armed robbery, kidnapping, burglary, and aggravated assault (two counts). He was sentenced to serve a life sentence for armed robbery and concurrent 10 year

sentences for the other crimes. A motion for new trial was filed, heard and denied. Defendant appeals. *Held:*

It appears that neither an enumeration of errors nor brief has been filed in this case in accordance with Rule 14 (Code Ann. § 24-3614) of this court after due notice by our order dated December 4, 1981, directing that an enumeration of errors and brief be filed not later than 4:30 p.m., December 9, 1981, or the appeal would be subject to dismissal under Rule 27 (a) (Code Ann. § 24-3627 (a)) and Rule 14 of this court.

Nevertheless, we have examined the record and transcript and found no errors prejudicial to the defendant's rights. A rational trier of fact (the jury in the case sub judice) could reasonably have found from the evidence adduced at trial proof of the guilt of the defendant beyond a reasonable doubt of the offenses charged in the indictment. *Drake v. State,* 245 Ga. 798, 799 (267 SE2d 237); *Sanders v. State,* 246 Ga. 42 (1) (268 SE2d 628).

*Judgment affirmed. Banke and Birdsong, JJ., concur.*

DECIDED FEBRUARY 26, 1982.

Ronnie Dale Payne, *pro se.*
Lewis R. Slaton, *District Attorney, Joseph J. Drolet, Assistant District Attorney,* for appellee